DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MONIQUE POLLACK,**
Appellant,

v.

**EDWARD MOORE,**
Appellee.

No. 4D2023-0450

[February 1, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Ori F. Silver, Judge; L.T. Case No. 502022SC011751XXXSB.

Monique Pollack, Lauderhill, pro se.

Alan M. Pierce, Andrew Kemp-Gerstel and Samuel A. Zolot of Liebler, Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***